IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

*Greenbelt Division*

| | |
|---|---|
| IN RE:<br>Ruby Proctor Garcia<br>*aka* Ruby Ann Proctor<br>*aka* Ruby Ann Garcia<br>　　　Debtor | Case No. 22-17058-LSS |
| Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes<br>　　　Movant | Chapter 13 |
| vs. | |
| Ruby Proctor Garcia<br>　　　Debtor | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL PROPERTY LOCATED AT 3321 SIR THOMAS DRIVE #3-B-22, SILVER SPRING, MD 20904

COMES NOW Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes (hereinafter "Movant"), its assigns and/or its successors in interest, by and through counsel, moves for relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to Fed. R. Bankr. P. Rules 4001, 9014, and Maryland Local Bankr. Rule 4001-1, and respectfully represents as follows:

1. Jurisdiction is based on 28 U.S.C. §§ 157 and 1334 of the United States Bankruptcy Code. The relief requested may be granted in accordance with the provisions of 11 U.S.C. §§ 105(a) and 362(d) and pursuant to Fed. Bank. Proc. Rules 9013 and 4001.

2. On or about December 19, 2022, Ruby Proctor Garcia (hereinafter "Debtor"), filed a voluntary petition in this Court under Chapter 13 of the United States Bankruptcy Code.

3. Rebecca A. Herr is the duly appointed Chapter 13 Trustee of the Debtor's bankruptcy estate.

4. At the time of initiation of the bankruptcy proceedings, the Debtor owned a parcel of real estate located in Montgomery County, Maryland, and improved by a residence known as **3321 Sir Thomas Drive #3-B-22, Silver Spring, MD 20904** (hereinafter the "Property").

5. Movant is a secured creditor of the Debtor and the Movant's interest is evidenced by a Note dated June 26, 2006, and executed by Ruby A. Garcia, in the original principal amount of $175,950.00, with interest at the original note rate of 8.250%. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the promissory note is attached hereto.

6. Said promissory note is secured by a certain Deed of Trust also dated June 26, 2006 and recorded in the land records of Montgomery County, Maryland, related to the subject Property. As required by Maryland Local Bankr. Rule 4001-1(b)(4), a copy of the deed of trust is attached hereto.

7. Movant now seeks relief from the automatic stay against the Debtor pursuant to 11 U.S.C. § 362(d) and Maryland Local Bankr. Rule 3070-1(a) for Debtor's failure to maintain post-petition adequate protection payments to Movant as required by the aforementioned promissory note and deed of trust. Maryland Local Bankr. Rule 4001-1(b)(5).

8. A statement of Debtor's accrued post-petition payment arrears, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows: (a) December 1, 2024 through February 1, 2025 payments of $1,327.39 each for a subtotal of $3,982.17; (b) Less suspense balance of $1,059.00; (c) Movant has incurred attorney fees and filing costs associated with the present motion.

9. A statement of Debtor's accrued pre-petition payment arrearage, required by Maryland Local Bankr. Rule 4001-1(b)(2), is as follows. The total pre-petition arrearage is $77,866.71. A more detailed statement of pre-petition debt is contained in <u>Claim No. 4-1</u> dated

February 27, 2023.

10. As of February 11, 2025, a detailed statement of debt, required by Maryland Local Bankr. Rule 4001-1(b)(1), is itemized as follows:

| | |
|---|---:|
| Principal Balance | $150,420.72 |
| Interest 02/11/25 | $47,045.00 |
| Escrow Advance | $6,395.63 |
| Suspense Balance | ($3,011.70) |
| Total-Fees | $35.47 |
| Accum NSF Charges | $30.00 |
| Total: | $200,915.12 |

This statement of debt is not equivalent to a verified payoff statement. If you wish to receive a verified payoff statement you must request one directly from the lender.

11. Movant lacks adequate protection of its interest in the Property and Movant continues to be irreparably injured by the stay of 11 U.S.C. § 362(a).

12. Cause exists for terminating the automatic stay imposed by 11 U.S.C. § 362(a) to enable Movant to avail itself of its rights and remedies under its promissory note, security instrument, and state law, including but not limited to the commencement of foreclosure proceedings against the Property. Maryland Local Bankr. Rule 4001-1(b)(7).

13. In the event the automatic stay under 11 U.S.C. § 362(a) is terminated as to the subject Property, Movant may, at its discretion, discuss, offer and enter into any potential non-bankruptcy loss mitigation agreements, such as a forbearance agreement, a deed-in-lieu agreement or loan modification agreement, with the Debtor.

14. Select Portfolio Servicing, Inc. is the servicer of the loan described in the Note and Mortgage and, as such, has the authority to initiate the instant action and any foreclosure on the Creditor's behalf.

WHEREFORE, the Movant, its assigns and/or successors-in-interest prays that this Court:

1. Enter an order terminating the automatic stay imposed by 11 U.S.C. § 362(a) of the United States Bankruptcy Code to enable Movant to avail itself of its rights and remedies under the promissory note, deed of trust, and state law, including but not limited to the initiation of foreclosure proceedings against the Property and to allow successful purchaser to obtain possession of same; and

2. Grant such other and further relief as may be just and necessary.

        Respectfully submitted,

        */s/ Chetan Gopal*
Chetan Gopal, Esquire
MD Fed. Bar No. 31096
Robertson Anschutz, Schneid, Crane & Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, Maryland 21031
Telephone: 844-442-2150
Fax: 240-238-2767
Email: cgopal@raslg.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on   March 6, 2025  , the following parties were served a copy of the foregoing motion in the manner described below:

<u>*Via* First Class Mail, Postage Prepaid</u>:

Ruby Proctor Garcia
3321 Sir Thomas Drive #22
Silver Spring, MD 20904
*Debtor*

<u>Via CM/ECF Electronic Notice</u>:

David H. Sandler
8401 Corporate Dr.
Ste. 620
Landover, MD 20785
*Counsel for Debtor*

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*


                                                  */s/ Chetan Gopal*
                                                 Chetan Gopal