IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RUBY PROCTOR GARCIA | ) | Case No. 22-17058-LSS |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| DEUTSCHE BANK NATIONAL TRUST | ) | |
| COMPANY, AS INDENTURE TRUSTEE | ) | |
| ON BEHALF OF THE HOLDERS OF THE | ) | |
| ACCREDITED MORTGAGE LOAN TRUST 200-2 | | |
| ASSET BACKED NOTES | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| RUBY PROCTOR GARCIA | ) | |
| Respondent | | |

**DEBTOR'S OPPOSITION TO MOVANT'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, the Debtor, Ruby Proctor Garcia, by and through undersigned counsel, David H. Sandler, Esq. and the Law Office of David H. Sandler & Associates, and in response to Movant's Motion for Relief from Stay states as follows:

1. The allegations contained in paragraph one are generally admitted.

2. The allegations contained in paragraph two are generally admitted.

3. The allegations contained in paragraph three are generally admitted.

4. The allegations contained in paragraph four are generally admitted.

5. The allegations contained in paragraph five are generally admitted.

6. The allegations contained in paragraph six are generally admitted.

7. The allegations contained in paragraph seven are generally admitted.

8. The allegations contained in paragraph eight are denied.

9. The allegations contained in paragraph nine do not require a response. Should

one be required, proof thereof is demanded.

10. The allegations contained in paragraph ten do not require a response, should one be required, proof thereof is demanded.

11. The allegations contained in paragraph eleven are denied.

12. The allegations contained in paragraph twelve are denied.

13. The allegations contained in paragraph thirteen do not require a response. In that the statement, Movant may, at its discretion, discuss, offer and enter into any potential non-bankruptcy loss mitigation agreements. . . " is denied.

14. The allegations contained in paragraph fourteen are generally admitted.

Wherefore, the Debtor prays that Movant's Motion for Relief from Automatic Stay be denied and for such other and further relief as this Honorable Court deems just and proper under the law.

Respectfully submitted,

/s/ David H. Sandler
David H. Sandler, #12935
David H. Sandler & Associates
8401 Corporate Drive
Suite 620
Landover, MD 20785
(301) 429-0022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __7th__ day of March , 2025 I sent via electronic service via CM/ECF Electronic Notice, a copy of the foregoing Debtor's Opposition to Movant's Motion for Relief from Automatic Stay to:

Chetan Gopal, Esq., cgopal@raslg.com

Rebecca A. Herr Chapter 13 Trustee,
ecf@ch13md.com

Via First Class Mail:

Ruby Proctor Garcia
3321 Sir Thomas Drive #22
Silver Spring, MD 20904

                                                                                           */s/ David H. Sandler*
                                                                                           David H. Sandler, Esq.